IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Respondent,<br><br>vs.<br><br>MIKE ALFONS CAMPA,<br><br>Defendant/Movant. | Cause No. CR 12-65-GF-BMM<br><br>ORDER DENYING<br>RULE 59 MOTION AND DENYING<br>CERTIFICATE OF APPEALABILITY |

On June 6, 2016, the Court denied Defendant/Movant Campa's motion to vacate, set aside, or correct the sentence under 28 U.S.C. § 2255. A certificate of appealability was also denied.

On June 21, 2016, Campa filed a motion to amend or alter the judgment under Fed. R. Civ. P. 59(e). Relief under Rule 59 is an "extraordinary remedy" that should be "used sparingly." *McDowell v. Calderon*, 197 F.3d 1253, 1255 n.1 (9th Cir. 1999) (en banc). A litigant's disagreement with a decision or view of the facts underlying it is not included among the few circumstances supporting relief under Rule 59. *See, e.g.*, *Allstate Ins. Co. v. Herron*, 634 F.3d 1101, 1111 (9th Cir. 2011). Disagreement is all Campa's motion offers.

Accordingly, IT IS HEREBY ORDERED that Campa's motion under Rule 59(e) (Doc. 631) is DENIED. A certificate of appealability is DENIED because

1

reasonable jurists would agree that the motion does not meet the standards of Rule 59(e).

DATED this 27th day of July, 2016.

/s/ Brian Morris
Brian Morris
United States District Court Judge